CJ-2020-5019
Prince

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 20 2020

RICK WARREN
COURT CLERK

36_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

BEA HAZLEY, )
)
    Plaintiff, )
) **CJ-2020-5019**
vs. ) Case No.   CJ-
)
DOLLAR TREE, ) ATTORNEY'S LIEN CLAIMED
)
    Defendant. )

## PETITION

COMES NOW the Plaintiff above-named, and for her cause of action against defendant, alleges and states:

1. That defendant, Dollar Tree, at all times herein, was the owner of and in possession of a store and premises known as Dollar Tree, located in Oklahoma City, Oklahoma County, Oklahoma which provides business that invite the public and they have a duty to keep the premises safe for the public.

2. That on or about the 16th day of November, 2018, Plaintiff, while an invited guest on Defendant's premises at the above-named location, slipped and fell sustaining severe injuries.

3. That, prior to the incident complained of herein, Defendant had known or reasonably should have known that the condition of the store and floor created a hazardous condition. Defendant negligently failed to warn the Plaintiff of this dangerous condition that she would encounter upon stepping and walking in Defendant's store.

4. As a result of Defendant's negligence, Plaintiff suffered damages as follows:

    a. Medical expenses incurred and expected to be incurred in the future;

Exhibit 1

b. Mental and physical pain and suffering, past and future; and

c. Other damages to be set forth after discovery;

all of which are in excess of Seventy-Five Thousand Dollars ($75,000.00).

WHEREFORE premises considered, Plaintiff prays for judgment against Defendant as set forth above, her costs, interest, and other such relief as the Court shall deem equitable and proper.

Respectfully submitted,

Mark A. Clayborne, #15119
8201 S. Walker
Oklahoma City, OK 73139
405-630-7909 (Phone)
405-616-2488 (Fax)
Attorney for Plaintiff

Exhibit 1