## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. BEA HAZLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:21-cv-00377-R |
| | ) | |
| 1. DOLLAR TREE, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)), stipulate that the above captioned matter be and it is voluntarily dismissed, with prejudice, with each party to bear its own costs and attorney fees.

Dated this _6th_ day of August, 2021.

2

APPROVED:


*/s/Ashley M. Thul*_____
Andrew M. Bowman-OBA# 22071
Ashley M. Thul-OBA# 31245
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
andrewbowman@oklahomacounsel.com
ashleythul@oklahomacounsel.com
*Attorneys for Defendant Dollar Tree Stores, Inc.*



_/s/ E. Ed Bonzie_____
E. Ed Bonzie
Mark A. Clayborne
8201 S. Walker Ave.
Oklahoma City, OK 73139
T:  405-630-7909
F:  405-616-2488
maclayborne@gmail.com
ed@edbonzielaw.com
*Attorneys for Plaintiff*